**Victor J. McCLAIN, Petitioner–Appellant,**

v.

**Michael T. BELL, Respondent–Appellee.**

**No. 01–6387.**

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2001.

Decided Sept. 5, 2001.

Victor J. McClain, pro se.

Clarence Joc DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Victor J. McClain appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See McClain v. Bell,* No. CA–00–30–5–H (E .D.N.C. Feb. 26, 2001). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*